# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Comest T. Allen,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                         3:09cv7

Kim Johnson et al,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 1/13/2009 Order.

Signed: January 13, 2009

Frank G. Johns, Clerk
United States District Court